# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

MARY ANN WILLIAMS,

     Petitioner,

v.                                                     Case No. 3:18cv1513-RV-HTC

SECRETARY, DEPARTMENT OF
CORRECTIONS,

     Respondent.

_____/

## ORDER

This case is before the Court based on the Magistrate Judge's Report and Recommendation (Doc. 24). Having considered the Report and Recommendation, and allowing time for objections to be filed, I have determined that the Report and Recommendation should be adopted. Accordingly, it is

**ORDERED** that:

1.  The Magistrate Judge's Report and Recommendation (Doc. 24) is adopted and incorporated by reference in this Order.

2.      The amended petition under 28 U.S.C. § 2254, challenging the conviction in State v. Williams 14-CF-98, in the First Judicial Circuit, in and for Okaloosa County, Florida (Doc. 6) is DENIED without an evidentiary hearing.

3.      A certificate of appealability is DENIED

4.      The clerk is directed to close the file.

**DONE AND ORDERED** this 31st day of March, 2020.


s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**